UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
:
American Casualty Company of Reading, Pa.,   :
:
       Plaintiff,   :    Case No. 11 CV 8421 (RJS)
:
    v.   :
:
Morris Gelb, T. Kevin DeNicola,   :    NOTICE OF APPEARANCE
Edward J. Dineen, Kerry A. Galvin,   :
John A. Hollinshead, James W. Bayer,   :
W. Norman Phillips, C. Bart de Jong,   :
Dan F. Smith, Carol A. Anderson, Susan K. Carter,   :
Stephen I. Chazen, Travis Engen, Danny W. Huff,   :
Paul S. Halata, David J. Lesar, David J.P. Meachin,   :
Daniel J. Murphy, William R. Spivey,   :
Charles L. Hall, Kevin R. Cadenhead and   :
Rick Fontenot,   :
:
       Defendants,   :
_____X

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as counsel in this case for Plaintiff American Casualty Company of Reading, Pa.

I certify that I am admitted to practice before this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

DATED: November 25, 2011

                               By: _/s/_ David J. Ward_____
                                      Joseph G. Finnerty III
                                      Eric Connuck
                                      David J. Ward
                                      1251 Avenue of the Americas
                                      New York, NY 10020
                                      (212) 335-4500

                                      Attorneys for Plaintiff
                                      American Casualty Company of Reading, Pa.