UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――X
                                                                   :
American Casualty Company of Reading, Pa.,    :
                                                                   :
                Plaintiff,                          :   Case No. 11 CV 8421 (RJS)
                                                                   :
        v.                                           :
                                                                   :
Morris Gelb, T. Kevin DeNicola,                    :
Edward J. Dineen, Kerry A. Galvin,              :
John A. Hollinshead, James W. Bayer,          :
W. Norman Phillips, C. Bart de Jong,            :
Dan F. Smith, Carol A. Anderson, Susan K. Carter, :
Stephen I. Chazen, Travis Engen, Danny W. Huff, :
Paul S. Halata, David J. Lesar, David J.P. Meachin, :
Daniel J. Murphy, William R. Spivey,           :
Charles L. Hall, Kevin R. Cadenhead and    :
Rick Fontenot,                                            :
                                                                   :
              Defendants,                        :
―――――――――――――――――――――――――――――X

## **CERTIFICATE OF SERVICE**

I hereby certify that on **November 25, 2011**, a copy of foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  November 25, 2011
         New York, New York

                                         /s/ **David J. Ward**
                                           David J. Ward
                                           DLA Piper LLP (US)
                                           1251 Avenue of the Americas
                                           New York, New York 10020
                                           Phone: (212) 335-45000
                                           Fax: (212) 335-4501
                                           E-mail: joseph.finnerty@dlapiper.com