UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
                          :

American Casualty Company of Reading, Pa.,  :

        Plaintiff,       :     Case No. 11 CV 8421 (RJS)

                          :

        v.                :

Morris Gelb, T. Kevin DeNicola,       :
Edward J. Dineen, Kerry A. Galvin,    :
John A. Hollinshead, James W. Bayer,  :
W. Norman Phillips, C. Bart de Jong,  :
Dan F. Smith, Carol A. Anderson, Susan K. Carter, :
Stephen I. Chazen, Travis Engen, Danny W. Huff,  :
Paul S. Halata, David J. Lesar, David J.P. Meachin, :
Daniel J. Murphy, William R. Spivey,  :
Charles L. Hall, Kevin R. Cadenhead and  :
Rick Fontenot,              :

            Defendants,   :
———————————————————————X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff American

Casualty Company of Reading, Pa. hereby dismisses the above-captioned action without

prejudice.

Dated: New York, New York
       November 25, 2011

                    DLA PIPER LLP (US)


                    By:    /s/  David J. Ward
                          Joseph G. Finnerty III
                          Eric Connuck
                          David J. Ward
                          1251 Avenue of the Americas
                          New York, NY 10020
                          (212) 335-4500

                          Attorneys for Plaintiff
                          American Casualty Company of Reading, Pa.